# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Furay, Catherine J. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, Western District of Wisconsin | 3. Date of Report<br><br>11/09/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Bankruptcy Judge (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual    ☐ Final<br><br>5b. ☑  Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>United States Courthouse<br>500 South Barstow Street<br>Eau Claire, Wisconsin 54701 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Committee Member | Villages of Bishops Bay Architectural Review Committee |
| 2. | Member of Board of Directors | University of Wisconsin-Eau Claire Foundation Inc. |
| 3. | Committee Member | Finance, Next Gen, and Technology Committees of the National Conference of Bankruptcy Judges |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1980 | Wisconsin Deferred Compensation Program - Employee Trust Funds - Prior employer; no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 11/09/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Mastro's City Hall - personal injury settlement | $75,838.31 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Sweet DeMarb LLC - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Wisconsin | 02/26/14 - 02/28/14 | Kohler, WI | BICR Retreat | Registration fee, meals, hotel |
| 2. | American Bankruptcy Institute | 02/28/14 -03/04/14 | New York, NY | Duberstein Moot Court Competition | Transportation, meals, hotel |
| 3. | National Conference of Bankruptcy Judges | 10/07/14-10/11/14 | Chicago, IL | NCBJ 2014 Annual Meeting | Hotel |
| 4. | American Bankruptcy Institute | 11/10/14-11/11/14 | Chicago, IL | 2014 Chicago Consumer Bankruptcy Conference | Transportation, meals, hotel |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | *See note in Part VIII | | $0.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | K |
| 2. | American Express | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 11/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Bank Account The Park Bank | A | Int./Div. | J | T | | | | | |
| 2. | Bank Account Middleton Community Bank | A | Int./Div. | K | T | | | | | |
| 3. | The Peoples Community Bancshares | A | Int./Div. | J | T | | | | | |
| 4. | Mitzvah LLC | | None | M | U | | | | | |
| 5. | INVESTMENT ACCOUNT #1 (UBS): (H) | | | | | | | | | |
| 6. | - Cash (UBS) | | None | J | T | | | | | |
| 7. | - Vanguard Total Stock Market ETF (VTI) | | None | | | Sold | 08/01/14 | J | A | |
| 8. | - WisdomTree Trust Large Cap Divid Fund (DLN) | | None | | | Donated | | | | |
| 9. | - WisdomTree Emerging Markets (DGS) | | None | | | Sold | 12/08/14 | J | A | |
| 10. | - Alger Spectra Fund Class A (ASPZX) (formerly SPECX) | | | | | Sold | 08/01/14 | J | A | |
| 11. | - Brandes Emerging Markets Fund Class A (BEMIX) (formerly BEMAX) | A | Dividend | J | T | Buy (add'l) | 03/03/14 | J | | |
| 12. | | | | | | Buy (add'l) | 12/08/14 | J | | |
| 13. | | | | | | Buy (add'l) | 12/22/14 | J | | |
| 14. | - Henderson Global Investors European Focus Fund Class A (HFEIX)* | | None | J | T | Donated | | | | |
| 15. | | | | | | Buy | 12/30/14 | J | | |
| 16. | - Henderson Global Equity Income Class A (HFQIX) (formerly HFQAX) | A | Dividend | | | Sold (part) | 04/04/14 | J | A | |
| 17. | | | | | | Donated | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 11/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Oakmark Int'l Fund Class I (OAKIX) | | None | J | T | Donated | | | | |
| 19. | | | | | Buy | 12/23/14 | J | | |
| 20. - Eaton Vance Floating Rate Advantage Fund Class A (EAFAX) | A | Dividend | | | Sold | 04/03/14 | J | A | |
| 21. - Hartford World Bond Fund A (HWDIX) (formerly HWDAX) | A | Dividend | | | Sold (part) | 02/04/14 | J | A | |
| 22. | | | | | Sold | 09/12/14 | J | A | |
| 23. - RiverNorth/Doubleline Strategic Income Fund (RNSIX)(formerly RNDLX) | A | Dividend | J | T | | | | | |
| 24. - Barclays Dynamic Veqtor ETN (VQT) | | None | | | Sold (part) | 02/14/14 | J | A | |
| 25. | | | | | Donated | | | | |
| 26. - First Eagle Global Fund Class A (SGIIX) (formerly SGENX) | | None | J | T | Sold (part) | 03/13/14 | J | A | |
| 27. | | | | | Sold (part) | 04/07/14 | J | A | |
| 28. | | | | | Donated | | | | |
| 29. | | | | | Buy | 12/22/14 | J | | |
| 30. - PIMCO All Assets All Auth-A (PAUPX) (formerly PAUAX) | A | Dividend | | | Sold (part) | 03/03/14 | J | A | |
| 31. | | | | | Sold (part) | 03/12/14 | J | A | |
| 32. | | | | | Sold | 12/24/14 | J | A | |
| 33. - Artisan Global Opportunities Fund Class Investor (ARTRX) | A | Dividend | | | Buy (add'l) | 01/02/14 | J | | |
| 34. | | | | | Donated | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 11/09/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Franklin/Templeton Global Fund Class A (TGBAX) (formerly TPINX) | A | Dividend | J | T | | | | | |
| 36. - Wells Fargo Strategic Municipal Bond Fund Class A (STRIX)* | A | Dividend | K | T | Buy (add'l) | 12/11/14 | J | | |
| 37. | | | | | Buy (add'l) | 12/12/14 | J | | |
| 38. | | | | | Buy (add'l) | 12/22/14 | J | | |
| 39. - Blackrock Global Long/Short Credit Fund A (BGCIX) (formerly BGCAX) | A | Dividend | J | T | Sold (part) | 12/11/14 | J | A | |
| 40. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 41. - Wells Fargo Advantage Absolute Return Fund CL A (WABIX)* | A | Dividend | J | T | Buy (add'l) | 12/11/14 | J | | |
| 42. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 43. - Financial Sector SPDR Trust ETF (XLF) | | None | J | T | Buy | 11/24/14 | J | | |
| 44. - Global X MSCI Norway ETF (NORW) | | None | J | T | Buy | 09/23/14 | J | | |
| 45. | | | | | Buy (add'l) | 11/25/14 | J | | |
| 46. - Guggenheim S&P 500 Equal Weight ETF (RSP) | | None | J | T | Buy | 11/25/14 | J | | |
| 47. | | | | | Buy (add'l) | 12/22/14 | J | | |
| 48. - iShares TR MSCI United Kingdom ETF (EWU) | | None | J | T | Buy | 09/22/14 | J | | |
| 49. | | | | | Buy (add'l) | 11/25/14 | J | | |
| 50. - WisdomTree Trust Japan Hedged Equity FD (DXJ) | | None | J | T | Buy | 02/04/14 | J | | |
| 51. | | | | | Buy (add'l) | 03/12/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 11/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 03/13/14 | J | | |
| 53. | | | | | Buy (add'l) | 09/22/14 | J | | |
| 54. | | | | | Buy (add'l) | 11/25/14 | J | | |
| 55. | | | | | Donated | | | | |
| 56. | | | | | Buy | 12/26/14 | J | | |
| 57. - PS S&P 500 Downside Hedged Portfolio ETF (PHDG) | | None | J | T | Buy | 12/24/14 | J | | |
| 58. | | | | | Buy (add'l) | 12/30/14 | J | | |
| 59. - RS Floating Rate Class Y (RSFYX) (formerly RSFLX) | A | Dividend | | | Buy | 04/03/14 | J | | |
| 60. | | | | | Sold | 12/11/14 | J | A | |
| 61. - iShares MSCI USA Quality Factor ETF (QUAL) | | None | | | Buy | 02/04/14 | J | | |
| 62. | | | | | Buy (add'l) | 04/04/14 | J | | |
| 63. | | | | | Buy (add'l) | 04/07/14 | J | | |
| 64. | | | | | Donated | | | | |
| 65. - iShares Floating Rate Bond ETF (FLOT) | | None | | | Buy | 08/01/14 | J | | |
| 66. | | | | | Sold (part) | 09/22/14 | J | A | |
| 67. | | | | | Sold | 11/24/14 | J | A | |
| 68. - PIMCO Enhanced Short Maturity Exchange Traded Fd (MINT) | | None | | | Buy | 08/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 11/09/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 09/12/14 | J | | |
| 70. | | | | | Sold (part) | 09/22/14 | J | A | |
| 71. | | | | | Sold (part) | 09/23/14 | J | A | |
| 72. | | | | | Sold (part) | 11/25/14 | J | A | |
| 73. | | | | | Sold (part) | 12/12/14 | J | A | |
| 74. | | | | | Sold | 12/12/14 | J | A | |
| 75. IRA #1 (UBS): (H) | | | | | | | | | |
| 76. - Cash (UBS) | | None | J | T | | | | | |
| 77. - Vanguard Total Stock Market ETF (VTI) | | None | | | Sold | 08/01/14 | L | B | |
| 78. - WisdomTree Trust Large Cap Divid Fund (DLN) | | None | | | Sold | 11/14/14 | K | B | |
| 79. - WisdomTree Emerging Markets (DGS) | | None | | | Sold | 11/14/14 | J | A | |
| 80. - Alger Spectra Fund Class A (ASPZX) (formerly SPECX)) | | None | | | Sold | 08/01/14 | L | C | |
| 81. - Henderson Global Investors European Focus Fund Class A (HFEIX)* | B | Dividend | L | T | Buy (add'l) | 11/14/14 | J | | |
| 82. - Brandes Emerging Markets Fund Class A (BEMIX) (formerly BEMAX) | B | Dividend | K | T | Buy (add'l) | 01/02/14 | J | | |
| 83. | | | | | Buy (add'l) | 03/03/14 | J | | |
| 84. | | | | | Buy (add'l) | 11/14/14 | J | | |
| 85. - Henderson Global Equity Income Class A (HFQIX) (formerly HFQAX) | C | Dividend | | | Sold | 11/14/14 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Furay, Catherine J. | 11/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | - Oakmark Int'l Fund Class I (OAKIX) | D | Dividend | L | T | Sold (part) | 11/14/14 | J | A | |
| 87. | - Blackrock High Yield Bond A (BHYIX) (formerly BHYAX) | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 88. | - Eaton Vance Floating Rate Advantaged Fund Class A (EAFAX) | A | Dividend | | | Sold | 04/03/14 | K | A | |
| 89. | - Franklin/Templeton Global Fund Class A (TGBAX) (formerly TPINX) | C | Dividend | L | T | Buy (add'l) | 03/14/14 | K | | |
| 90. | | | | | | Sold (part) | 11/14/14 | J | A | |
| 91. | - Oppenheimer Int'l Bond FD CL A (OIBAX) | A | Dividend | | | Sold (part) | 02/05/14 | K | A | |
| 92. | | | | | | Sold (part) | 03/03/14 | K | A | |
| 93. | | | | | | Sold | 04/04/14 | J | A | |
| 94. | - PIMCO Global Advantage Strategy Bond Fund A (PGBPX) (formerlyPGSAX) | | None | | | Sold | 11/04/14 | J | A | |
| 95. | - RiverNorth/Doubleline Strategic Income Fund (RNSIX) (formerlyRNDLX) | C | Dividend | L | T | Buy (add'l) | 11/17/14 | K | | |
| 96. | - Virtus Multi-Sector Short Term Bond Fund Class A (PIMSX)* | B | Dividend | L | T | Buy (add'l) | 11/14/14 | K | | |
| 97. | - Hartford World Bond Fund A (HWDIX) (formerly HWDAX) | A | Dividend | | | Sold | 09/12/14 | L | A | |
| 98. | - Barclays Dynamic Veqtor ETN (VQT) | | None | | | Sold (part) | 02/04/14 | K | A | |
| 99. | | | | | | Sold | 11/14/14 | K | A | |
| 100. | - First Eagle Global Fund Class A (SGIIX) (formerly SGENX) | B | Dividend | K | T | Sold (part) | 03/03/14 | J | A | |
| 101. | | | | | | Sold (part) | 04/07/14 | J | A | |
| 102. | | | | | | Sold (part) | 11/14/14 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - PIMCO All Assets All Auth-A (PAUPX) (formerly PAUAX) | A | Dividend | | | Sold (part) | 03/12/14 | J | A | |
| 104. | | | | | Sold | 11/17/14 | K | A | |
| 105. - Artisan Global Opportunities Fund Class Investor (ARTRX) | | None | | | Buy (add'l) | 01/02/14 | J | | |
| 106. | | | | | Sold | 11/14/14 | L | C | |
| 107. - Blackrock Global Long/Short Credit Fund A (BGCIX) (formerly BGCAX) | B | Dividend | K | T | Sold (part) | 11/14/14 | J | A | |
| 108. - Wells Fargo Advantage Absolute Return Fund CL A (WABIX)* | C | Dividend | L | T | Sold (part) | 03/13/14 | J | A | |
| 109. | | | | | Buy (add'l) | 03/02/14 | J | | |
| 110. | | | | | Buy (add'l) | 11/14/14 | K | | |
| 111. - Financial Sector SPDR Trust ETF (XLF) | | None | K | T | Buy | 11/14/14 | K | | |
| 112. - Global X MSCI Norway ETF (NORW) | | None | J | T | Buy | 09/23/14 | J | | |
| 113. | | | | | Buy (add'l) | 11/14/14 | J | | |
| 114. - Guggenheim S&P 500 Equal Weight ETF (RSP) | | None | L | T | Buy | 11/14/14 | L | | |
| 115. - iShares TR MSCI United Kingdom ETF (EWU) | | None | K | T | Buy | 09/22/14 | J | | |
| 116. | | | | | Buy (add'l) | 11/14/14 | J | | |
| 117. - WisdomTree Trust Japan Hedged Equity FD (DXJ) | | None | K | T | Buy | 02/04/14 | K | | |
| 118. | | | | | Buy (add'l) | 03/12/14 | J | | |
| 119. | | | | | Buy (add'l) | 03/13/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 11/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 09/22/14 | J | | |
| 121. | | | | | Buy (add'l) | 11/14/14 | J | | |
| 122. | | | | | Buy (add'l) | 12/29/14 | J | | |
| 123. - RS Floating Rate Class A (RSFYX) (formerly RSFLX) | B | Dividend | K | T | Buy | 04/03/14 | K | | |
| 124. | | | | | Sold (part) | 11/14/14 | J | A | |
| 125. - PS S&P 500 Downside Hedged Portfolio ETF (PHDG) | | None | L | T | Buy | 11/14/14 | L | | |
| 126. - iShares MSCI USA Quality Factor ETF (QUAL) | | None | | | Buy | 02/14/14 | K | | |
| 127. | | | | | Buy (add'l) | 04/04/14 | J | | |
| 128. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 129. | | | | | Sold | 11/14/14 | K | C | |
| 130. - iShares Floating Rate Bond ETF (FLOT) | | None | | | Buy | 08/01/14 | L | | |
| 131. | | | | | Sold (part) | 09/22/14 | J | A | |
| 132. | | | | | Sold (part) | 10/17/14 | K | A | |
| 133. | | | | | Sold | 11/14/14 | K | A | |
| 134. - PIMCO Enhanced Short Maturity Exchange Traded Fd (MINT) | | None | | | Buy | 08/01/14 | L | | |
| 135. | | | | | Buy (add'l) | 09/12/14 | K | | |
| 136. | | | | | Sold (part) | 09/22/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 09/23/14 | J | A | |
| 138. | | | | | Sold (part) | 10/17/14 | L | A | |
| 139. | | | | | Sold | 11/14/14 | K | A | |
| 140. IRA #2 (UBS): (H) | | | | | | | | | |
| 141. - Cash (UBS) | | None | K | T | | | | | |
| 142. - Vanguard Total Stock Market ETF (VTI) | | None | | | Sold | 08/01/14 | L | C | |
| 143. - WisdomTree Trust Large Cap Divid Fund (DLN) | | None | | | Sold | 11/14/14 | K | C | |
| 144. - WisdomTree Emerging Markets (DGS) | | None | | | Sold | 11/14/14 | K | A | |
| 145. - Alger Spectra Fund Class A (ASPZX) (formerly SPECX) | | None | | | Sold | 08/01/14 | L | C | |
| 146. - Henderson Global Investors European Focus Fund Class A (HFEIX)* | B | Dividend | L | T | Sold (part) | 11/14/14 | J | A | |
| 147. - Brandes Emerging Markets Fund Class A (BEMIX) (formerly BEMAX) | B | Dividend | K | T | Buy (add'l) | 01/02/14 | J | | |
| 148. | | | | | Buy (add'l) | 03/03/14 | J | | |
| 149. | | | | | Buy (add'l) | 11/14/14 | K | | |
| 150. - Henderson Global Equity Income Class A (HFQIX) (formerly HFQAX) | C | Dividend | | | Sold | 11/14/14 | L | A | |
| 151. - Oakmark Int'l Fund Class I (OAKIX) | D | Dividend | M | T | Sold (part) | 11/14/14 | J | A | |
| 152. - BlackRock High Yield Bond (BHYIX) (formerly (BHYAX)* | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 153. - Eaton Vance Floating Rate Advantaged Fund Class A (EAFAX) | A | Dividend | | | Sold | 04/03/14 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Franklin/Templeton Global Fund Class A (TGBAX) (formerly TPINX) | E | Dividend | L | T | Buy (add'l) | 03/04/14 | K | | |
| 155. | | | | | Sold (part) | 11/14/14 | K | A | |
| 156. - Hartford World Bond Fund A (HWDIX) (formerly HWDAX) | A | Dividend | | | Sold | 09/12/14 | L | A | |
| 157. - Oppenheimer Int'l Bond FD CL A (OIBAX) | A | Dividend | | | Sold (part) | 02/05/14 | K | A | |
| 158. | | | | | Sold (part) | 03/03/14 | K | A | |
| 159. | | | | | Sold | 04/04/14 | K | A | |
| 160. - PIMCO Global Advantage Strategy Bond Fund A (PGBPX) (formerlyPGSAX) | | None | | | Sold | 11/04/14 | J | A | |
| 161. - RiverNorth/Doubleline Strategic Income Fund (RNSIX) (formerlyRNDLX) | C | Dividend | M | T | Buy (add'l) | 11/17/14 | K | | |
| 162. - Virtus Multi-Sector Short Term Bond Fund Class A (PIMSX)* | C | Dividend | M | T | Buy (add'l) | 11/14/14 | K | | |
| 163. - Barclays Dynamic Veqtor ETN (VQT) | | None | | | Sold (part) | 02/04/14 | K | A | |
| 164. | | | | | Sold | 11/14/14 | K | A | |
| 165. - First Eagle Global Fund Class A (SGIIX) (formerly SGENX) | C | Dividend | L | T | Sold (part) | 03/04/14 | J | A | |
| 166. | | | | | Sold (part) | 04/07/14 | J | A | |
| 167. | | | | | Sold (part) | 11/14/14 | J | A | |
| 168. - PIMCO All Assets All Auth-A (PAUPX) (formerly PAUAX) | B | Dividend | | | Sold (part) | 03/12/14 | J | A | |
| 169. | | | | | Sold | 11/17/14 | L | A | |
| 170. - Artisan Global Opportunities Fund Class Investor (ARTRX) | | None | | | Buy (add'l) | 01/02/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 11/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 11/14/14 | L | C | |
| 172. - Blackrock Global Long/Short Credit Fund A (BGCIX) (formerly BGCAX) | C | Dividend | L | T | Sold (part) | 11/14/14 | K | A | |
| 173. - Wells Fargo Advantage Absolute Return Fund CL A (WABIX)* | C | Dividend | M | T | Sold (part) | 03/13/14 | J | A | |
| 174. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 175. | | | | | Buy (add'l) | 11/14/14 | L | | |
| 176. - Financial Sector SPDR Trust ETF (XLF) | | None | L | T | Buy | 11/14/14 | L | | |
| 177. - Global X MSCI Norway ETF (NORW) | | None | K | T | Buy | 09/23/14 | J | | |
| 178. | | | | | Buy (add'l) | 11/14/14 | J | | |
| 179. - Guggenheim S&P 500 Equal Weight ETF (RSP) | | None | M | T | Buy | 11/14/14 | M | | |
| 180. - iShares TR MSCI United Kingdom ETF (EWU) | | None | K | T | Buy | 09/22/14 | K | | |
| 181. | | | | | Buy (add'l) | 11/14/14 | J | | |
| 182. - WisdomTree Trust Japan Hedged Equity FD (DXJ) | | None | L | T | Buy | 02/04/14 | K | | |
| 183. | | | | | Buy (add'l) | 03/12/14 | J | | |
| 184. | | | | | Buy (add'l) | 03/13/14 | J | | |
| 185. | | | | | Buy (add'l) | 09/22/14 | J | | |
| 186. | | | | | Buy (add'l) | 11/14/14 | J | | |
| 187. | | | | | Buy (add'l) | 12/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 11/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - RS Floating Rate Class A (RSFYX) (formerly RSFLX) | B | Dividend | L | T | Buy | 04/03/14 | L | | |
| 189. | | | | | Sold (part) | 11/14/14 | J | A | |
| 190. - PS S&P 500 Downside Hedged Portfolio ETF (PHDG) | | None | M | T | Buy | 11/14/14 | M | | |
| 191. - iShares MSCI USA Quality Factor ETF (QUAL) | | None | | | Buy | 02/14/14 | K | | |
| 192. | | | | | Buy (add'l) | 04/04/14 | K | | |
| 193. | | | | | Buy (add'l) | 04/07/14 | J | | |
| 194. | | | | | Sold | 11/14/14 | L | D | |
| 195. - iShares Floating Rate Bond ETF (FLOT) | | None | | | Buy | 08/01/14 | L | | |
| 196. | | | | | Sold (part) | 09/22/14 | K | A | |
| 197. | | | | | Sold (part) | 10/17/14 | L | A | |
| 198. | | | | | Sold | 11/14/14 | J | A | |
| 199. - PIMCO Enhanced Short Maturity Exchange Traded Fd (MINT) | | None | | | Buy | 08/01/14 | L | | |
| 200. | | | | | Buy (add'l) | 09/12/14 | L | | |
| 201. | | | | | Sold (part) | 09/22/14 | J | A | |
| 202. | | | | | Sold (part) | 09/23/14 | J | A | |
| 203. | | | | | Sold (part) | 10/17/14 | M | A | |
| 204. | | | | | Sold | 11/14/14 | J | A | |

| 1. Income Gain Codes: | A =$1,001 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 11/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Extendquip LLC | | None | K | U | | | | | |
| 206. State of Wisconsin Life Insurance | A | Dividend | J | T | | | | | |
| 207. Wisconsin Retirement System Dept of Employee Trust Funds | A | Interest | J | T | | | | | |
| 208. Wisconsin Deferred Compensation Program (H) | | | | | | | | | |
| 209. - Black Rock EAFE Equity - Index Coll T | | None | J | T | | | | | |
| 210. - DFA US Micro Cap I | A | Dividend | J | T | | | | | |
| 211. - BlackRock Mid Cap Index - Collective F | | None | J | T | | | | | |
| 212. - Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 213. - Vanguard Institutional Index Fund Plus | A | Dividend | J | T | | | | | |
| 214. - Federated US Government Securities 2-5 Yr. | A | Dividend | J | T | | | | | |
| 215. - Stable Value Fund | | None | J | T | | | | | |
| 216. IRA #3 (UBS): (H) | | | | | | | | | |
| 217. - Cash (UBS) | A | Interest | J | T | | | | | |
| 218. - Royal Bank of Canada Trigger ROS XLF | | None | K | T | | | | | |
| 219. - Deutsche Bank AG Trigger ROS XLK | | None | K | T | | | | | |
| 220. - Barclays Bank PLC Trigger PS DXJ | | None | K | T | | | | | |
| 221. - UBS AG Trigger PS EM EQTY BSKT | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 11/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Morgan Stanley Trigger PS SPX | | None | | | Sold | 12/18/14 | K | B | |
| 223. - HSBC USA Inc Trigger PS SX5E | | None | K | T | | | | | |
| 224. - HSBC USA Inc Buffered ROS IBEX | | None | K | T | Buy | 10/28/14 | K | | |
| 225. - Citigroup INC Buffered ROS EWZ | | None | J | T | Buy | 10/28/14 | J | | |
| 226. - JPMorgan Chase & CO Buffered ROS FTSEMIB | | None | K | T | Buy | 10/28/14 | K | | |
| 227. - Goldman Sachs Group, INC Buffered ROS HSCEI | | None | J | T | Buy | 10/28/14 | J | | |
| 228. - Morgan Stanley Contingent ROS SPX | | None | K | T | Buy | 12/19/14 | K | | |
| 229. - Goldman Sachs Group, INC Airbag PS UKX | | None | J | T | Buy | 10/28/14 | J | | |
| 230. - Credit Suisse AG L/O TPAOS SPX SX5E | | None | J | T | Buy | 10/28/14 | J | | |
| 231. - Royal Bank of Canada L/O TPAOS SPX SX5E | | None | J | T | Buy | 10/28/14 | J | | |
| 232. - Credit Suisse AG Airbag PS SPTSX60 | | None | J | T | Buy | 10/28/14 | J | | |
| 233. IRA #4 (UBS): (H) | | | | | | | | | |
| 234. - Cash (UBS) | A | Interest | J | T | | | | | |
| 235. - Royal Bank of Canada Trigger ROS XLF | | None | K | T | | | | | |
| 236. - Deutsche Bank AG Trigger ROS XLK | | None | K | T | | | | | |
| 237. - Barclays Bank PLC Trigger PS DXJ | | None | K | T | | | | | |
| 238. - UBS AG Trigger PS EM EQTY BSKT | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Morgan Stanley Trigger PS SPX | | None | | | Sold | 12/18/14 | K | C | |
| 240. - HSBC USA Inc Trigger PS SX5E | | None | K | T | | | | | |
| 241. - HSBC USA INC Buffered ROS IBEX | | None | K | T | Buy | 10/28/14 | K | | |
| 242. - Citigroup INC Buffered ROS EWZ | | None | J | T | Buy | 10/28/14 | J | | |
| 243. - JPMorgan Chase & Co Buffered ROS FTSEMIB | | None | K | T | Buy | 10/28/14 | K | | |
| 244. - Goldman Sachs Group, INC Buffered ROS HSCEI | | None | K | T | Buy | 10/28/14 | J | | |
| 245. - Morgan Stanley Contingent ROS SPX | | None | K | T | Buy | 12/19/14 | K | | |
| 246. - Goldman Sachs Group, INC Airbag PS UKX | | None | K | T | Buy | 10/28/14 | K | | |
| 247. - Credit Suisse AG L/O TPAOS SPX SX5E | | None | K | T | Buy | 10/28/14 | K | | |
| 248. - Royal Bank of Canada L/O TPAOS SPX SX5E | | None | K | T | Buy | 10/28/14 | K | | |
| 249. - Credit Suisse AG Airbag PS SPTSX60 | | None | K | T | Buy | 10/28/14 | K | | |
| 250. 401k ACCOUNT (ING): (H) | | | | | | | | | |
| 251. - PIMCO Total Return Fund Inst | | None | J | T | Buy | 12/01/14 | J | | |
| 252. - PIMCO High Yield Fund Inst | | None | J | T | Buy | 12/01/14 | J | | |
| 253. - Vanguard Mid-Cap Index Fund Sign | | None | J | T | Buy | 10/10/14 | J | | |
| 254. - Vanguard Small-Cap Index Fund Sign | | None | J | T | Buy | 10/10/14 | J | | |
| 255. - Vanguard Total Bnd Mrkt Ind F Sign | | None | J | T | Buy | 10/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256.  - Vanguard Totl Stck Mkt Index Fd Sign |  | None | J | T | Buy | 10/10/14 | J |  |  |
| 257.  - JPMorgan Lrg Cp Growth Fnud R6 | A | Dividend | J | T | Buy | 12/31/14 | J |  |  |
| 258.  - Oppenheimer Global Fund I | A | Dividend | J | T | Buy | 10/01/14 | J |  |  |
| 259.  - JPMorgan Equity Income Fund R6 | A | Dividend | J | T | Buy | 10/01/14 | J |  |  |
| 260.  - VOYA Fixed Account (formerly ING Fixed Account) | A | Interest | J | T |  |  |  |  |  |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 11/09/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I: I resigned from the Boards of Madison, Opera, Inc., and Bishops Bay Country Club in 2014

Part V. Gifts. During 2014, friends sent me gifts of art, jewelry, and memorabilia. I have no reason to believe that any of these items exceeded the $375 limit. If I should learn otherwise, I will amend this form.

Part VII. Investments and Trusts.

Line 14: *(formerly HFEAX)

Line 36 *(formerly VMPAX)

Line 41 *(formerly WARAX)

Line 81 *(formerly HFEAX)

Line 96 *(formerly NARAX)

Line 108 *(formerly WARAX)

Line 146 *(formerly HFEAX)

Line 152 *Last year's report indicated this fund was sold, but there was actually a residual amount remaining.

Line 162 *(formerly NARAX)

Line 173 *(formerly WARAX)

Amendments made in response to the letter dated November 4, 2015, from the Judicial Conference of the United States Committee on Financial Disclosure are as follows:

Line 48 - "None" has been added to column B(2)

Line 50 - "None" has been added to column B(2)

Line 57 - "None has been added to column B(2)

Lines 217 & 234 - These are cash depository accounts with interest income of less than $200, and for that reason the interest was not previously reported. However, both lines have been revised to reflect Interest income of less than $1K.

Part VII, lines 24, 26, 65, 68, 77-80, 98, 105, 111, 112, 114, 115, 117, 125, 126, 130, 134, 141-145, 163, 176, 179, 180, 182, 190, 191, 195, 199, 218-232, 235-249, and 250-256 have not been amended as no income or dividends were earned by any of these assets during 2014.

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 11/09/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Catherine J. Furay**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544